# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

| | |
|---|---|
| NOE JIMENEZ MORALES | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3 : 16 ⸗ 0 0 7 2 |
| RITE RUG CO. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rite Rug Co.
Ben Stampfle
1293 Heil Quaker Blvd.
Suite 3
La Vergne, TN 37086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karla M. Campbell
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

JAN 21 2016

Date: _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:16-mc-9999

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rite Rug Co

was received by me on *(date)* 2|1|16 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2|17|16 _____

*Server's signature*

Lisseth J. London, Bilingual Legal Assistant

BRANSTETTER, STRANCH & JENNINGS, PLLC
THE FREEDOM CENTER
223 ROSA L. PARKS AVENUE, SECOND FLOOR
NASHVILLE, TN 37203

*Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70122920000228939116

**Updated Delivery Day: Monday, February 1, 2016**

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 1, 2016 , 2:45 pm** | **Delivered** | **LA VERGNE, TN 37086** |

Your item was delivered at 2:45 pm on February 1, 2016 in LA VERGNE, TN 37086.

| | | |
|---|---|---|
| February 1, 2016 , 8:59 am | Arrived at Unit | LA VERGNE, TN 37086 |
| January 31, 2016 , 10:14 pm | Departed USPS Facility | NASHVILLE, TN 37230 |
| January 30, 2016 , 11:14 am | Arrived at USPS Facility | NASHVILLE, TN 37230 |

## Track Another Package

Tracking (or receipt) number

70122920000228939116             **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2016 USPS. All Rights Reserved.

Case 3:16-cv-00072     Document 4     Filed 02/17/16     Page 3 of 3 PageID #: 23