# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| NOE JIMENEZ MORALES, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:16-cv-00072 |
| RITE RUG CO., | ) ) | Judge: Waverly Crenshaw |
| | ) | Magistrate Judge: Jeffery S. Frensley |
| Defendant. | ) | |

## JOINT MOTION FOR ORDER APPROVING SETTLEMENT

Plaintiffs Noe Jimenez Morales ("Morales"), Francisco Zuniga ("Zuniga") and Manuel E. Garcia ("Garcia"), collectively referred to as "Plaintiffs," and Defendant, Rite Rug Co. ("Defendant" or "Rite Rug") (collectively referred to as "Parties") file this Joint Motion for Order Approving Settlement, and would show the Court as follows:

This case involves allegations by Plaintiffs that Defendant improperly classified the Plaintiffs as independent contractors instead of as employees, failed to properly pay them, and others similarly situated, for all hours and overtime worked pursuant to the Fair Labor Standards Act ("FLSA") and the common law of the State of Tennessee. Defendant has denied Plaintiffs' allegations, and further asserts that Plaintiffs, and others similarly situated, were properly classified as independent contractors or employees of independent contractors. Defendant asserted, and continues to assert, that it was an is in compliance with the FLSA at all times and acted in good faith and not in willful violation of the FLSA.

After engaging in limited discovery and after the period for any aggrieved individuals to opt in had passed, the Parties entered into settlement negotiations which ultimately ended in the parties resolving the disputes raised in the lawsuit by the Plaintiffs and entering into a settlement agreement. For the reasons more completely discussed in the Memorandum in Support of this Motion filed contemporaneously herewith, the parties submit that good cause exists to grant the parties motion to approve the settlement.

WHEREFORE, the Parties respectfully request that the Court approve the settlement and enter the Proposed Order dismissing this case with prejudice. The entry of the Proposed Order will "secure the just, speedy and inexpensive determination" of this action in accordance with FED. R. CIV. P. 1.

Dated: September 28, 2018

Respectfully submitted,
FARRIS BOBANGO BRANAN PLC

By: *s/ Richard D. Bennett*
Richard D. Bennett, BPR #013156
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
(901) 259-7100
Email: rbennett@farris-law.com

*Of Counsel*
Victor D. Radel
Thrasher, Dinsmore & Dolan, L.P.A.
1111 Superior Avenue, #412
Cleveland, OH 44114
Tel: (216) 255-5432
Email: vradel@tddlaw.com
*Tennessee Admission Pending*

By:     *s/ Karla M. Campbell*

Karla M. Campbell
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
Email: karlac@bsjfirm.com


By:     *s/ Joey P. Leniski*

Joey P. Leniski, Jr.
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
Email: joeyl@bsjfirm.com


By:     *s/ Callie Jennings*

Callie Jennings
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
Email: calliej@bsjfirm.com