# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

Noe Jimenez Morales

                Plaintiff,

v.                                      Case No.: 3:16–cv–00072

Rite Rug Co.

                Defendant,

## **ENTRY OF JUDGMENT**

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/29/2018 re [53].

Clerk of Court
s/ Alia D. Morgan, Deputy Clerk